IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| Dina Soliman, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>The George Washington University,<br>*et., al.*<br><br>    Defendants. | Case: 1:08-cv-01137 (RJL) |

**THE GEORGE WASHINGTON UNIVERSITY'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

The George Washington University, by and through its undersigned counsel, hereby moves for an extension of time, to and including August 6, 2008, in which to respond to Plaintiff's Complaint.

In support of its Motion, the University states as follows:

1. The University's response to the Complaint is due on July 23, 2008.

2. Due to the press of litigation and other legal business, including the undersigned counsel's deposition and travel schedule, the University requires an extension of time through August 6, 2008, in which to prepare its response to the Complaint.

3. This is the first extension that the University has requested in this case.

4. The Court has issued a no scheduling order for the case.

5. And the University knows of no prejudice that any party will suffer if the Court grants the University's Motion.

WHEREFORE, the University submits that the Court should issue an Order allowing it to and including August 6, 2008, in which to respond to the Complaint.

RPP/265553.1

Respectfully submitted,

ARENT FOX LLP

By:       /s/ Kristine J. Dunne
        Henry Morris, Jr. (Bar No. 375894)
        Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile
morris.henry@arentfox.com,
dunne.kristine@arentfox.com

*Counsel for The George Washington University*

-2-

RPP/265553.1

## LOCAL RULE 7(m) STATEMENT

I have conferred, by telephone, with (1) Plaintiff's counsel, David Wachtel, Esquire; (2) Universal Health Services Foundation, District Hospital Partners, LP, and Dr. Richard B. Becker's counsel, Alan S. Block, Esquire; and (3) the Medical Faculty Associates, Dr. Michael Berrigan, Dr. Paul Dangerfield, Dr. Jason Sankar, and Dr. Ronald Guritzky's counsel, Mark F. Tatelbaum, Esquire. And, they have informed me that they do not object to the University's Motion.

Respectfully submitted,

ARENT FOX LLP

By:     /s/ Henry Morris, Jr.
        Henry Morris, Jr. (Bar No. 375894)
        Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile
morris.henry@arentfox.com,
dunne.kristine@arentfox.com

*Counsel for The George Washington University*

RPP/265553.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2008, I served a copy of the foregoing **The George Washington University's Uncontested Motion for an Extension of Time in which to Respond to the Complaint** via the Court's Electronic Case Filing System (ECF) upon the following:

>Lynne Bernabei, Esquire
>David Wachtel, Esquire
>Emily Read, Esquire
>Bernabei & Wachtel, PLLC
>1775 T Street, NW
>Washington, DC  20009

and via first-class mail, postage pre-paid, upon the following:

>Mark F. Tatelbaum, Esquire
>Medical Faculty Associates
>2150 Pennsylvania Avenue, NW
>Suite 10-407
>Washington, DC  20037

>Alan S. Block, Esquire
>Bonner Kiernan Trebach & Crociata, LLP
>1233 20th Street, NW
>Washington, DC  20036

>         /s/ Kristine J. Dunne
>Kristine J. Dunne (Bar No. 471348)
>Arent Fox LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5339
>(202) 857-6000/Telephone
>(202) 857-6395/Facsimile
>dunne.kristine@arentfox.com

RPP/265553.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

|  |  |  |
|---|---|---|
| Dina Soliman, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 1:08-cv-01137 (RJL) |
| | ) | |
| The George Washington University, | ) | |
| *et.*, *al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THIS COURT, having considered The George Washington University's Uncontested Motion for an Extension of Time in which to Respond to the Complaint, it is this ____ day of July, 2008,

ORDERED that the University's Motion is GRANTED, and it is

FURTHER ORDERED that the University shall have to and including August 6, 2008, in which to respond to the Complaint.

_____
United States District Court Judge

Date: _____

LDR/229688.1