# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DINA SOLIMAN, M.D.                          :

    Plaintiff,                              :

    v.                                      : Civil Action No. 1:08-cv-01137 (RJL)

GEORGE WASHINGTON UNIVERSITY                :

    Defendant.                              :

## CERTIFICATION PURSUANT TO L.Cv.R. 7.1

We, the undersigned, counsel of record for corporate defendants District Hospital Partners,

LP ("DHP") and Universal Health Services, Inc. ("UHS")[1] certify that to the best of our knowledge

and belief, none of these corporate entities have parent companies, subsidiaries or affiliates have any

outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for

recusal.

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

                   /a/ *Andrew J. Marcus*

Alan S. Block #431010
Andrew J. Marcus #454550
1233 20th Street, N.W. – 8th Floor
Washington, D.C. 20036
**Attorneys for Universal Health Services, Inc., District
Hospital Partners, L.P., and Richard B. Becker, MD**

---

[1] In the caption to the Complaint, Plaintiff named Universal Health Services Foundation as a defendant, however, in the body of the Complaint Plaintiff identified UHS.