IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| **Dina Soliman, M.D.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case:  1:08-cv-01137 (RJL) |
| ) | |
| **The George Washington University,** ) | |
|   *et. al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for The George Washington University, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The George Washington University, which have any outstanding securities in the hands of the public: None.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

ARENT FOX LLP

By: _____/s/ Kristine J. Dunne_____
Henry Morris, Jr. (Bar No. 375894)
Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile
morris.henry@arentfox.com,
dunne.kristine@arentfox.com

Counsel for The George Washington University

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2008, I served a copy of the foregoing **Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia** via the Court's Electronic Case Filing System (ECF) upon the following:

>Lynne Bernabei, Esquire
>David Wachtel, Esquire
>Emily Read, Esquire
>Bernabei & Wachtel, PLLC
>1775 T Street, NW
>Washington, DC  20009
>
>Alan S. Block, Esquire
>Andrew J. Marcus, Esquire
>Bonner Kiernan Trebach & Crociata, LLP
>1233 20th Street, NW
>Washington, DC  20036

and via first-class mail, postage pre-paid, upon the following:

>Mark F. Tatelbaum, Esquire
>Medical Faculty Associates
>2150 Pennsylvania Avenue, NW
>Suite 10-407
>Washington, DC  20037

>         /s/ Kristine J. Dunne
>Kristine J. Dunne (Bar No. 471348)
>Arent Fox LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5339
>(202) 857-6000/Telephone
>(202) 857-6395/Facsimile
>dunne.kristine@arentfox.com