IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA SOLIMAN,<br><br>             Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br>et al.<br><br>             Defendants. | Case No. 1:08-CV-01137 RJL |

**CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT SUBMITTED BY MEDICAL FACULTY ASSOCIATES, DR. BERRIGAN, DR. DANGERFIELD, DR. SANKAR AND DR. GURITZKY**

Pursuant to Fed. R. Civ. P. (6), by and through their undersigned counsel of record, Defendant Medical Faculty Associates ("MFA"), Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky move to extend the time in which to file a response to the Complaint in the above-referenced case until August 8, 2008.

The above-named Defendants have recently retained the undersigned counsel to represent them in the above-captioned action. The undersigned counsel need additional time to conduct an investigation into the allegations made by the Plaintiff and prepare a proper defense, all of which constitute good cause under Fed. R. Civ. P. Rule 6(b). Plaintiff, through counsel, has consented to this motion.

      For all of the reasons stated above, the above named defendants respectfully request this Court grant their Consent Motion for Extension of Time to File a Response to the Complaint, until, and including August 8, 2008.

                                                                               Respectfully Submitted,

/s/ Frank C. Morris, Jr.
Frank C. Morris, Jr. (#211482)


/s/ Kathleen M. Williams
Kathleen M. Williams (#334888)

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156
(202) 861-1880   Telephone
(202) 296-2882   Facsimile
Counsel for Defendants
Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar And Dr. Guritzky

July 28, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion of Defendants Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky to Extend Time to Respond to Plaintiff's Complaint to and through August 8, 2008 was served on the 28th day of July, 2008 via electronic delivery upon the following:

Lynn Bernabei, Esq.
David Wachtel, Esq.
Emily Read, Esq.
Bernabei & Wachtel, PLLC
1775 T Street
Washington, D.C. 20009

Henry Morris, Esq.
Arent Fox, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036-5339

Andrew S. Block, Esq.
Andrew J. Marcus, Esq.
1233 Twentieth Street, N.W.
Suite 800
Washington, D.C. 20036

　　　　　　　　　　　　　/s/ Kathleen M. Williams
　　　　　　　　　　　　　Kathleen M. Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA SOLIMAN,<br><br>               Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br>et al.<br><br>               Defendants. | Case No. 1:08-CV-01137 RJL |

### ORDER

Having considered the Consent Motion of Defendants Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky for an extension of time to and including August 8, 2008 to file a Response to the Complaint in this matter, it is hereby

ORDERED, that the above-referenced Defendants' Motion be and hereby is GRANTED, and Defendants Medical Faculty Associates, Berrigan, Dangerfield, Sankar and Guritzky may have an extension of time to and including August 8, 2008 to file a response to the Complaint in this matter.

It is SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

DC:1490250v1