IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DINA SOLIMAN, M.D. ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> GEORGE WASHINGTON UNIVERSITY, *et al.* ) <br> ) <br>    Defendants. ) <br> ) | Civil Action No. 1:08-cv-01137 (RJL) |

### **PLAINTIFF'S PROOF OF SERVICE OF CASE MANAGEMENT ORDER**

Plaintiff Dina Soliman, M.D., through undersigned counsel, and pursuant to this Court's Case Management Order (July 16, 2008), hereby certifies that:

1.  On July 16, 2008, one copy of Judge Richard J. Leon's Case Management Order (Docket No. 3) was sent by certified mail, return receipt requested, to all Defendants. See Affidavit of Emily Brittain Read, Esq., ¶¶ 2-4, attached hereto as Exhibit A.

2.  Plaintiff's counsel received return receipt postcards for each Defendant except for Paul Dangerfield, District Hospital Partners, LP, and George Washington University. See Exhibit A, ¶ 5.

3.  Plaintiff will update this Proof of Service of Case Management Order upon receipt of the return receipt postcards for Defendants Paul Dangerfield, District Hospital Partners, LP, and George Washington University.

Respectfully submitted,

    /s/
_____
Emily Read, Esq. (D.C. Bar # 492773)
Lynne Bernabei, Esq. (D.C. Bar # 938936)
David Wachtel, Esq. (D.C. Bar # 427890)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942

Attorneys for Dr. Dina Soliman

DATED:   July 31, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA SOLIMAN, M.D.  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>GEORGE WASHINGTON UNIVERSITY, *et al.*  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 1:08-cv-01137 (RJL) |

## AFFIDAVIT

I, Emily Brittain Read, this 31st day of July 2008, declare and state as follows:

1. I have personal knowledge of the facts stated herein, and am competent to testify thereto.

2. On July 16, 2008, I sent envelopes addressed to the following Defendants by certified mail, return receipt requested:

George Washington University
2300 Eye Street, N.W.
Washington DC 20037

Medical Faculty Associates, Inc.
2150 Pennsylvania Avenue, N.W., Suite 10-407
Washington, DC 20037

Universal Health Services Foundation
Universal Corporate Center
P.O. Box 61558
367 South Gulph Road
King of Prussia, PA 19406

District Hospital Partners, LP
CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, DC 20005

1

Richard B. Becker, MD
121 Dekalb Ave.
Brooklyn, NY 11201

Dr. Michael Berrigan
1917 Westfield Street
Alexandria, VA  22308

Dr. Paul Dangerfield
12811 Three Sisters Road
Potomac, MD  20854

Dr. Jason Sankar
4803 Scarsdale Rd
Bethesda, MD  20816

Dr. Ronald Guritzky
10121 Sorrel Avenue
Potomac, MD  20854-5011

3. As my agent, Justin Dreyfuss, an office assistant at my firm, sent out the envelopes at my direction and under my supervision.

4. Each envelope contained a complete copy of this Court's Case Management Order, signed by Judge Richard J. Leon on July 16, 2008 (Docket No. 3).

5. I note that the envelope to Defendant Universal Health Services was mistakenly addressed to "Universal Health Services Foundation." However, the address used was the correct address for Universal Health Services.

6. Subsequently, our office received the return receipt postcards for each Defendant except for Paul Dangerfield, District Hospital Partners, LP, and George Washington University. See Postcard for Defendant Ronald Guritzky (dated July 17, 2008); Postcard for Defendant Michael Berrigan (dated July 17, 2008); Postcard for Defendant Medical Faculty Associates, Inc. (dated July 17, 2008); Postcard for Defendant Jason Sankar (dated July 18, 2008); Postcard for

Defendant Richard Becker (dated July 21, 2008); Postcard for Universal Health Services Foundation (dated July 21, 2008), attached hereto as Exhibits 1-6.

I declare, this 31st day of July 2008, subject to the pain and penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

*[signature]*
Emily Brittain Read, Esq.

EXHIBIT 1

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Medical Faculty Ass. Inc
2150 Pennsylvania Ave NW
Suite 10-407
Washington DC 20037

4a. Article Number
7005 2570 0001 8833 8638

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
2/7-08

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994   102595-97-B-0179   Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

EXHIBIT 2

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Jason Sankar
4803 Scarsdale rd.
Bethesda MD 20816

4a. Article Number

7005 2570 0001 8833 8577

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Thomas Leonard

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994     102595-97-B-0179     Domestic Return Receipt

| SENDER: | |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *Return Receipt Requested* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Ronald Guritzky<br>10121 Sorrel Ave.<br>Potomac MD 20854 | 7005 2570 0001 8833 8782 |
| | 4b. Service Type<br>☐ Registered  ☒ Certified<br>☐ Express Mail  ☐ Insured<br>☒ Return Receipt for Merchandise ☐ COD |
| | 7. Date of Delivery<br>7/17/08 |
| 5. Received By: (Print Name)<br>M Loraine Guritzky | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X M Loraine Guritzky | |

PS Form 3811, December 1994    102595-97-B-0179  Domestic Return Receipt

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Michael Berrigan
917 Westfield St.
Alexandria VA 22308

4a. Article Number

7000 2570 0001 8833 8591

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☒ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994        102595-97-B-0179      Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

EXHIBIT 5

| SENDER: | |
|---|---|
| ■Complete items 1 and/or 2 for additional services.<br>■Complete items 3, 4a, and 4b.<br>■Print your name and address on the reverse of this form so that we can return this card to you.<br>■Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■Write *Return Receipt Requested* on the mailpiece below the article number.<br>■The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Richard Becker<br>121 Dekalb Ave.<br>Brooklyn, NY 11201 | 7005 2570 0001 8833 8607 |
| | 4b. Service Type |
| | ☐ Registered      ☒ Certified |
| | ☐ Express Mail    ☐ Insured |
| | ☒ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery  JUL 2 1 2008 |
| 5. Received By: (Print Name)<br>April Coley | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X April Coley | |

PS Form 3811, December 1994       102595-97-B-0179    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

EXHIBIT 6

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Universal Health Services
P.O. Box 61558
367 S. Gulph Rd
King of Prussia PA 19406

4a. Article Number

7005 2570 0001 8833 8621

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD.

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994     102595-97-B-0179     Domestic Return Receipt

Thank you for using Return Receipt Service.