IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DINA SOLIMAN, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-01137 (RJL) |
| ) | |
| GEORGE WASHINGTON UNIVERSITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS DISTRICT HOSPITAL PARTNERS, UNIVERSAL HEALTH SERVICES, AND RICHARD BECKER, M.D.'S <u>MOTION TO DISMISS</u>**

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., plaintiff Dina Soliman, M.D., through undersigned counsel, respectfully seeks a first enlargement of time within which to file her Opposition to Defendants District Hospital Partners, Universal Health Services and Richard Becker, M.D.'s Motion to Dismiss.

Defendants filed their motion to dismiss on July 23, 2008. The deadline for plaintiff's opposition is August 7, 2008. Plaintiff's counsel has been diligently working on plaintiff's opposition, but given the large number of briefing deadlines in other matters, plaintiff's counsel respectfully requests an extension of time from Thursday, August 7, 2008, to Thursday, August 14, 2008.

Defendants' counsel consented to the extension from August 7, 2008 to August 14, 2008, on Tuesday, August 05, 2008.

2

                                      Respectfully submitted,

                                          /s/
                                    Lynne Bernabei, Esq. (D.C. Bar # 938936)
                                    David Wachtel, Esq. (D.C. Bar # 427890)
                                    Emily Read, Esq. (D.C. Bar # 492773)
                                    Bernabei & Wachtel, PLLC
                                    1775 T Street, N.W.
                                    Washington, D.C. 20009
                                    (202) 745-1942

                                    Attorneys for Dina Soliman, M.D.

DATED: August 5, 2008

2