# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DINA SOLIMAN, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-01137 (RJL) |
| ) | |
| GEORGE WASHINGTON UNIVERSITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PROOF OF SERVICE OF PROCESS
## ON DEFENDANTS

Plaintiff Dina Soliman, M.D., through undersigned counsel, and pursuant to Rule 4, Fed. R. Civ. P., hereby certifies that:

1. On July 3, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Medical Faculty Associates. See Summons and Affidavit of Service, attached hereto as Exhibit A.

2. On July 3, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant George Washington University. See Summons and Affidavit of Service, attached hereto as Exhibit B.

3. On July 3, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Universal Health Services. See Summons and Affidavit of Service, attached hereto as Exhibit C.

4. On July 3, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant District Hospital Partners. See Summons and Affidavit of Service, attached hereto as Exhibit D.

5. On July 10, 2008, one copy of the Summons and Complaint for Declaratory and

   Monetary Relief and Jury Demand was served by personal service on defendant Paul Dangerfield, M.D.  <u>See</u> Summons and Affidavit of Service, attached hereto as Exhibit E.

6. On July 7, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Jason Sankar, M.D.  <u>See</u> Summons and Affidavit of Service, attached hereto as Exhibit F.

7. On July 7, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Ronald Guritzky, M.D.  <u>See</u> Summons and Affidavit of Service, attached hereto as Exhibit G.

8. On July 11, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Michael Berrigan, M.D.  <u>See</u> Summons and Affidavit of Service, attached hereto as Exhibit H.

9. On July 21, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Richard Becker, M.D.  <u>See</u> Summons and Affidavit of Service, attached hereto as Exhibit I.

          Respectfully submitted,

          _____/s/_____
          Lynne Bernabei, Esq. (D.C. Bar # 938936)
          David Wachtel, Esq. (D.C. Bar # 427890)
          Emily Read, Esq. (D.C. Bar # 492773)
          Bernabei & Wachtel, PLLC
          1775 T Street, N.W.
          Washington, D.C. 20009
          (202) 745-1942

          Attorneys for Dr. Dina Soliman

DATED:   August 6, 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, et al

CASE 1

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Medical Faculty Associates, INC.
2150 Pennsylvania Avenue, NW, Suite 10-407
Washington DC 20037
Serve: Corporation Service Company
       1090 Vermont Ave., NW
       Washington DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          JUN 3 0 2008

CLERK                                    DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 1:08-cv-01137 |
| ) | |
| v. ) | |
| ) | |
| George Washington University, et al. ) | |
| ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: Medical Faculty Associates, Inc. c/o Corporation Service Company
SERVICE ADDRESS: 1090 Vermont Avenue, NW, Washington, DC 20005

DATE SERVED: July 03, 2008   TIME SERVED: 12:20 PM
PERSON SERVED: Tracey J. Butler, Customer Service Associate, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 36   Height: 5'9"   Weight: 170

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-3-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004548                                                                 Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, ET AL

CAS

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

George Washington University
2300 Eye Street, NW
Washington DC 20037

Serve: Mary Lynn Reed
2100 Pennsylvania Ave,. NW Suite 250
Washington DC 20052

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      JUN 3 0 2008

CLERK                                DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. <br><br> **Plaintiff** <br><br> v. <br><br> George Washington University, et al. <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-01137 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: George Washington University c/o Mary Lynn Reed
SERVICE ADDRESS: 2100 Pennsylvania Avenue, NW, Suite 250, Washington, DC 20052

DATE SERVED: July 03, 2008   TIME SERVED: 10:58 AM
PERSON SERVED: Thomas B. Smith, Associate General Counsel, authorized to accept.

Described herein:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 40    Height: 6'2"    Weight: 165

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-3-08
Executed on:

*(signed)* Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004547                                                                                                    Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, *et al*

CA

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Universal Health Services Foundation
Universal Corporate Center, P.O. Box 61558
367 South Gulph Road
King of Prussia, PA 19406
Serve:  CT Corporation System
        1015 15th Street, NW, Ste. 1000
        Washington DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          JUN 3 0 2008
_____       _____
CLERK                                    DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. | ) |
| | ) |
| **Plaintiff** | ) |
| | ) Case No.: 1:08-cv-01137 |
| v. | ) |
| George Washington University, et al. | ) |
| | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO:  Universal Health Services Foundation c/o CT Corporation System
SERVICE ADDRESS:  1015 15th Street, NW, Suite 1000, Washington, DC 20005

DATE SERVED: July 03, 2008   TIME SERVED: 12:10 PM
PERSON SERVED:  Melanie Henderson, Fulfillment Specialist, authorized to accept.

Described herein:
Gender: Female    Race/Skin: Black    Hair: Brown    Age: 32    Height: 5'7"    Weight: 165

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-3-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004549                                                                                           Client Reference: N/A

EXHIBIT D

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, et al

CASE N
Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

District Hospital Partners, LP

Serve:  CT Corporation System
        1015 15th Street, NW, Ste. 1000
        Washington DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 3 0 2008

CLERK                                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D.<br><br>**Plaintiff**<br><br>v.<br><br>George Washington University, et al.<br><br>**Defendant** | )<br>)<br>)<br>)<br>)  Case No.: 1:08-cv-01137<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: District Hospital Partners, LP c/o CT Corporation System
SERVICE ADDRESS: 1015 15th Street, NW, Suite 1000, Washington, DC 20005

DATE SERVED: July 03, 2008   TIME SERVED: 12:10 PM
PERSON SERVED: Melanie Henderson, Fulfillment Specialist, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Brown   Age: 32   Height: 5'7"   Weight: 165

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-3-08
Executed on:

*Wesley Jennings* (signature)
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004550                                                                                             Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, et al

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

CASE

TO: (Name and address of Defendant)

Dr. Paul Dangerfield
12811 Three Sisters Road
Potomac MD 20854

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 3 0 2008

CLERK                                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. <br><br> Plaintiff <br><br> v. <br><br> George Washington University, et al. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-01137 RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: Dr. Paul Dangerfield
SERVICE ADDRESS: 12811 Three Sisters Road, Potomac, Maryland 20854

DATE SERVED: July 10, 2008   TIME SERVED: 6:35 PM

PERSON SERVED: Dr. Paul Dangerfield, personally

Described herein:
Gender: Male   Race/Skin: White   Hair: Red/Grey   Age: 50   Height: 5'9"   Weight: 180

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

07.11.08
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004556                                                                                           Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University *et al*

CASE   Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Dr. Jason Sankar
4803 Scarsdale Rd
Bethesda MD 20816

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      JUN 3 0 2008

CLERK                                DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. <br><br> **Plaintiff** <br><br> v. <br><br> George Washington University, et al. <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-01137 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: Dr. Jason Sankar
SERVICE ADDRESS: 4803 Scarsdale Road, Bethesda, Maryland 20816

DATE SERVED: July 07, 2008   TIME SERVED: 8:40 PM

PERSON SERVED: Dr. Jason Sankar, personally

Described herein:
Gender: Male   Race/Skin: White   Hair: Brown   Age: 46   Height: 5'8"   Weight: 175

COMMENTS:

I declare under penalty of perjury that I have read the foregoing ~~information~~ contained in the Affidavit of Service and that the facts stated in it are true and correct.

7.9.08
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004554                                                                 Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, *et al*

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Dr. Ronald Guritzky
10121 Sorrel Avenue
Potomac MD 20854-5011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 3 0 2008

CLERK                                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-01137 |
| | ) |
| v. | ) |
| George Washington University, et al. | ) |
| | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: Dr. Ronald Guritzky
SERVICE ADDRESS: 10121 Sorrel Avenue, Potomac, Maryland 20854-5011

DATE SERVED: July 07, 2008   TIME SERVED: 8:05 PM
PERSON SERVED: Alexandra Lopez, Au Pair of Dr. Ronald Guritzky, a person of suitable age and discretion who stated that he/she resides therein with Dr. Ronald Guritzky.

Alexandra Lopez is described herein as:
Gender: Female   Race/Skin: White   Hair: Blonde   Age: 21   Height: 5'4"   Weight: 120

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7.9.08
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004553                                                                                                           Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, et al

CASE

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Dr. Michael Berrigan
1917 Westfield Street
Alexandria VA 22308

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 3 0 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dina Soliman, M.D. <br><br> **Plaintiff** <br><br> v. <br><br> George Washington University, et al. <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-01137 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Monetary Relief and Jury Demand; and Initial Electronic Case Filing Order

SERVE TO: Dr. Michael Berrigan
SERVICE ADDRESS: 1917 Westfield Street, Alexandria, Virginia 22308

DATE SERVED: July 11, 2008   TIME SERVED: 8:03 AM
PERSON SERVED: Phyllis Berrigan, wife of Dr. Michael Berrigan, a person of suitable age and discretion who stated that he/she resides therein with Dr. Michael Berrigan.

Phyllis Berrigan is described herein as:
Gender: Female   Race/Skin: White   Hair: Black   Age: 40   Height: 5'6"   Weight: 140

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-11-08
Executed on:

Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004552                                                                                              Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dina Soliman

**SUMMONS IN A CIVIL CASE**

V.

George Washington University, *et al*

CAS

Case: 1:08-cv-01137
Assigned To : Leon, Richard J.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Richard B. Becker, MD
3203 R Street NW
Washington DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Bernabei & Wachtel
1775 T Street, NW
Washington DC, 20009

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 3 0 2008

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 07-21-08 @ 9:10 am |
| NAME OF SERVER *(PRINT)* Corey Guskin | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served:   121 Dekalb Avenue, Brooklyn, NY  11201

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    07-21-08
                Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\* Civil Cover Sheet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.