**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DINA SOLIMAN, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-01137 (RJL) |
| ) | |
| GEORGE WASHINGTON UNIVERSITY, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE DEFENDANT UNIVERSAL HEALTH
SERVICES OF D.C., INC. FOR UNIVERSAL HEALTH SERVICES**

Plaintiff Dina Soliman, M.D., through undersigned counsel, hereby respectfully requests that this Court substitute Universal Health Services of D.C., Inc. ("UHS of D.C.") for Universal Health Services ("UHS") as a defendant in this matter.

Plaintiff named UHS as a defendant in her Complaint filed on June 30, 2008. Plaintiff named UHS as a defendant because the George Washington University Hospital's website states that "The George Washington University Hospital has been jointly owned and operated by a partnership between George Washington University and a subsidiary of Universal Health Services Inc." Exhibit A ("Hospital Management"). The website also states that "[u]nder the terms of this partnership, named The District Hospital Partners, LP, UHS holds an 80 percent interest and the University holds a 20 percent interest." Id. Therefore, Dr. Soliman named UHS, George Washington University and District Hospital Partners, as defendants, as all seem to own and operate the George Washington University Hospital. Employees and officers of the George Washington University Hospital are alleged to have engaged in the discriminatory and retaliatory actions against Dr. Soliman.

Plaintiff served the reported agent for UHS at CT Corporation System, 1015 15th Street, N.W., Ste. 1000, Washington, D.C., 20005 with the Complaint. CT Corporation System is also the registered agent for UHS of D.C.

On July 21, 2008, counsel for UHS contacted Plaintiff's counsel and stated that UHS is not a proper defendant in this matter. UHS' counsel further stated that UHS of D.C. is the subsidiary of UHS that partners with defendant GWU to form defendant District Hospital Partners, which owns and operates the hospital.

After confirming that it is indeed UHS of D.C. that partners with George Washington University to operate the George Washington University Hospital, Dr. Soliman's counsel contacted counsel for defendant UHS to request consent to substitute UHS of D.C. for UHS. Counsel for UHS did not consent to this motion, despite the fact that defense counsel brought to Dr. Soliman's attention that UHS of D.C. was the proper defendant.

For the above reasons, Plaintiff requests that this Court substitute Universal Health Services of D.C., Inc. for Universal Health Services as a defendant in this matter.

Respectfully submitted,

    /s/
Lynne Bernabei, Esq. (D.C. Bar # 938936)
David Wachtel, Esq. (D.C. Bar # 427890)
Emily Read, Esq. (D.C. Bar # 492773)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942
Attorneys for Plaintiff Dr. Dina Soliman

DATED:   August 6, 2008

The George Washington University Hospital | About the Hospital  Page 1 of 2
Case 1:08-cv-01137-RJL   Document 12-2   Filed 08/06/2008   Page 1 of 2
EXHIBIT A

## About the Hospital

**A Tradition of Quality**
When it comes to choosing a hospital, one thing is clear: quality counts. And a century-long tradition of providing medical care in a comfortable and convenient environment means peace of mind for the thousands of patients who are cared for by the doctors and nurses at The George Washington University Hospital each year.

Just minutes from Washington, D.C.'s tourist sites and government headquarters, The George Washington University Hospital serves a diverse group of patients — from area residents to visiting dignitaries and heads of state.

**New Hospital Opened in 2002**
When the new George Washington University Hospital opened in 2002, physicians and nurses at GW began treating patients in a technologically advanced hospital. With millions of dollars of medical equipment, and a completely wireless network, GW offers advanced and innovative healthcare in a warm, friendly environment.

**Clinical Expertise**
As a multidisciplinary, tertiary care hospital, The George Washington University Hospital offers many diverse services all in one central location. Physicians at GW are known for their clinical expertise in:

- Breast care services
- Cancer care
- Cardiovascular care
- Emergency medicine
- Minimally invasive surgery
- Neurology and neurosurgery
- Obstetrics/gynecology
- Women's Center

**Part of a Premier Academic Health Center**
The hospital is part of The George Washington University Medical Center, a nationally recognized, interdisciplinary academic health center also comprised of the Medical Faculty Associates, the School of Medicine and Health Sciences and the School of Public Health and Health Services.

Primary care and specialty outpatient care are available through the Medical Faculty Associates — a 280-member multi-specialty physician practice group — a group practice of physicians comprised of 41 specialties and subspecialty areas. The Medical Faculty Associates' doctors have offices in the Ambulatory Care Center, an outpatient clinic building located one block from the hospital.

**Hospital Management**
Since July 1997, The George Washington University Hospital has been jointly owned and operated by a partnership between George Washington University and a subsidiary of Universal Health Services Inc. (UHS), a King of Prussia, PA-based company that is one of the nation's largest healthcare management companies. Under the terms of this partnership, named The District Hospital Partners, LP, UHS holds an 80 percent interest and the University holds a 20 percent interest.

The hospital is accredited by The Joint Commission and licensed by the District of Columbia Regulatory Affairs Department.

**Contacting The George Washington University Hospital**
For physician referrals and appointment information, call 1-888-4GW-DOCS.

For patient information including participating insurance plans, patient accommodations, directions and maps, please visit Patient Information.

## Mission Statement

To provide quality healthcare services that patients recommend to families and friends, physicians prefer for their patients, purchasers select for their clients, employees are proud of and investors seek for long term results.

## Message from the CEO



Thank you for your interest in The George Washington University Hospital. We are pleased to provide information concerning our programs and services. Of special note is our commitment to service excellence. It is every hospital employee's goal to provide high quality and compassionate care to make the hospital experience a comfortable one.

Trent Crable
*Interim, Chief Executive Officer*

### Facts and Figures*

- 371 beds
- 15,691 admitted per year
- More than 127,700 outpatient visits a year
- The emergency department is a Level I Trauma Center seeing over 61,185 patients a year.
- Over 820 physicians on the hospital medical staff
- Nursing staff of over 625

*Statistics are based on 2007.*

### Hospital Leadership

Carlos Silva, MD
*Medical Director*

Trent Crable
*Interim, Chief Executive Officer*

Richard Davis
*Chief Finance Officer*

Patricia A. Winston, RN
*Chief Nursing Officer*

Kimberly Russo
*Associate Administrator*

Michael Eppehimer
*Associate Administrator*

### Accreditation

The hospital is accredited by The Joint Commission and licensed by the District of Columbia Regulatory Affairs

Department.

**Advanced Medical Technology**

**High Tech Healthcare**
On August 23, 2002, The George Washington University Hospital moved all services from the old building at 901 23rd Street directly across the street to a brand new $96 million facility. With millions of dollars of new equipment, the hospital offers patients a long list of technological advances in medicine.

- High Tech Classroom
- Dilon 6800 Gamma Camera
- Neonatal Intensive Care Unit
- Picture Archiving Communication System (PACS)
- Digital Mammography
- 64 Slice CT Scan
- Dynesys
- On-Q Painbuster
- Sonosite
- Electrophoresis

Note: The information on this Web site is provided as general health guidelines and may not be applicable to your particular health condition. Your individual health status and any required medical treatments can only be properly addressed by a professional healthcare provider of your choice. Remember: There is no adequate substitute for a personal consultation with your physician. Neither The George Washington University Hospital, or any of their affiliates, nor any contributors shall have any liability for the content or any errors or omissions in the information provided by this Web site.

The information, content and artwork provided by this Web site is intended for non-commercial use by the reader. The reader is permitted to make one copy of the information displayed for his/her own non-commercial use. The making of additional copies is prohibited.

The George Washington University Hospital is owned and operated by a subsidiary of Universal Health Services, Inc. (UHS), a King of Prussia, PA- based company, that is one of the largest healthcare management companies in the nation.

The George Washington University Hospital
900 23rd St., NW
Washington, DC 20037

(202) 715-4000

Copyright © 1999-2008. The George Washington University Hospital. All rights reserved. Site Map | Privacy Policy | HIPAA Statement | Physician Disclaimer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DINA SOLIMAN, M.D. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE WASHINGTON UNIVERSITY, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:08-cv-01137 (RJL) |

**O R D E R**

Upon consideration of Plaintiff's Motion to Substitute Defendant, any response thereto, and the entire record of this case, it is this ___ day of _____ 2008,

**ORDERED** that Plaintiff's motion be, and hereby is, **GRANTED**; and

**FURTHER ORDERED** that "Universal Health Services of D.C., Inc." is hereby substituted for "Universal Health Services" as a defendant in this matter.

_____
United States District Judge Richard Leon