**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DINA SOLIMAN,**<br><br>    **Plaintiff,**<br><br>    *v.*<br><br>**GEORGE WASHINGTON UNIVERSITY,**<br>**et al.**<br><br>    **Defendants.** | Case No. 1:08-CV-01137 RJL |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Kathleen M. Williams, Esq., Epstein Becker & Green, P.C., 1227 25th Street, N.W., Washington, D.C. 20037, (212) 861-1871, as counsel in this case for: Defendants, Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sanker and Dr. Guritzky.

Respectfully submitted,

/s/ Kathleen M. Williams
Kathleen M. Williams (#334888)
Of Counsel

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156
(202) 861-1880   Telephone
(202) 296-2882   Facsimile

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was served on the 8th day of August, 2008 via electronic delivery upon the following:

      Lynn Bernabei, Esq.
      David Wachtel, Esq.
      Emily Read, Esq.
      Bernabei & Wachtel, PLLC
      1775 T Street
      Washington, D.C. 20009

      Henry Morris, Esq.
      Arent Fox, LLP
      1050 Connecticut Ave. N.W.
      Washington, D.C. 20036-5339

      Andrew S. Block, Esq.
      Andrew J. Marcus, Esq.
      1233 Twentieth Street, N.W.
      Suite 800
      Washington, D.C. 20036