# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| **Dina Soliman, M.D.,** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br> **The George Washington University,** )<br>  *et., al.* )<br>)<br>  **Defendants.** )<br>) | Case: 1:08-cv-01137 (RJL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Henry Morris, Jr. hereby enters his appearance as lead counsel for The George Washington University in the above-captioned case.

Respectfully submitted,

ARENT FOX LLP

By:   /s/ Henry Morris, Jr.
      Henry Morris, Jr. (Bar No. 375894)
      Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile
morris.henry@arentfox.com,
dunne.kristine@arentfox.com

*Counsel for The George Washington University*