IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA SOLIMAN, M.D., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:08-cv-01137 (RJL) |
| GEORGE WASHINGTON UNIVERSITY, *et al.* | : |
| Defendants. | : |

**UNIVERSAL HEALTH SERVICES OF DC, INC.'S ("USHDC'S") OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE UHSDC FOR <u>UNIVERSAL HEALTH SERVICES, INC.</u>**

Universal Health Services of DC, Inc., ("UHSDC"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, hereby responds to Plaintiff's Motion to Substitute UHSDC for its parent entity, Universal Health Services, Inc., to the record in this action.

It her motion, Plaintiff asserts, incorrectly, that undersigned counsel "brought to [counsel for] Dr. Soliman's attention that UHS of DC was the proper Defendant." Plaintiff's assertions are incorrect. In fact, Plaintiff's counsel was informed that District Hospital Partners, LP and <u>not</u> UHSDC owns and operates the George Washington University Hospital. For that reason, UHSDC is not a necessary or proper Defendant in this action.

Respectfully submitted this 20th day of August, 2008,

**UNIVERSAL HEALTH SERVICES OF DC, INC.**

By Counsel

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

___/s/ *Andrew J. Marcus*___
Alan S. Block, Esq. #431010
Andrew J. Marcus, Esq. #454550
1233 20th Street, N.W., Suite 800
Washington, DC  20036
(202) 712-7000 (voice)
(202) 712-7100 (fax)
ablock@bktc.net
amarcus@bktc.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Dismiss was served electronically this 20th day of August, 2008 to:

Lynne Bernabei,
David Wachtel
Emily Read
Bernabei &Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

Henry Morris, Jr.
Kristine J. Dunne
Arent Fox, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Frank C. Morris, Jr.
Kathleen M. Williams
Epstein, Becker & Green, PC
1227 25th Street, N.W – Suite 700
Washington, D.C. 20037

___/s/ *Andrew J. Marcus*___
Andrew J. Marcus