IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DINA SOLIMAN, M.D.                          :

    Plaintiff,                              :

v.                                          :   Civil Action No. 1:08-cv-01137 (RJL)

GEORGE WASHINGTON UNIVERSITY, *et al.*      :

    Defendants.                             :

**CONSENT MOTION FOR ONE WEEK ENLARGMENT OF TIME WITHIN WHICH
TO RESPOND TO AMENDED COMPLAINT**

COME NOW Defendants District Hospital Partners, LP, UHS of DC, Inc. and Richard B. Becker, M.D. (collectively: "the moving Defendants"), by and through their counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to FED.R.CIV.P. 6(b)(1) and with the consent of Plaintiff, through counsel, move for their first enlargement of time in which to respond to Plaintiff's August 13, 2008 Amended Complaint, respectfully stating as follows.

Plaintiff filed her Amended Complaint on August 13, 2008. The deadline for the moving Defendants' response is Tuesday, September 2, 2008. Due to the press of business and the large number of deadlines in other matters, counsel for the moving Defendants request a one week extension of time, or until Tuesday, September 9, 2008, to respond to Plaintiff's Amended Complaint.

Plaintiff's counsel, David Wachtel, Esq, consented to the relief herein requested in a telephone conversation on August 28, 2008.

WHEREFORE: District Hospital Partners, LP, UHS of DC, Inc. and Richard B. Becker, M.D., respectfully request a one week enlargement of time, up to and including Tuesday, September 9, 2008, within which to respond to Plaintiff's August 13, 2008, Amended Complaint.

Respectfully submitted this 28th day of August, 2008,

DISTRICT HOSPITAL PARTNERS, L.P.
UHS OF DC, INC. AND RICHARD B. BECKER, M.D.

By Counsel

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ *Andrew J. Marcus*
Alan S. Block, Esq. #431010
Andrew J. Marcus, Esq. #454550
1233 20th Street, N.W., Suite 800
Washington, DC 20036
(202) 712-7000 (voice)
(202) 712-7100 (fax)
ablock@bktc.net
amarcus@bktc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served electronically this 28th day of August, 2008 on:

Lynne Bernabei, Esq.
David Wachtel, Esq.
Emily Read, Esq.
Bernabei &Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

Henry Morris, Jr.
Kristine J. Dunne
Arent Fox, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Frank C. Morris, Jr.
Kathleen M. Williams
Epstein, Becker & Green, PC
1227 25th Street, N.W – Suite 700
Washington, D.C. 20037

/s/ *Andrew J. Marcus*
Andrew J. Marcus

197749-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA SOLIMAN, M.D. | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:08-cv-01137 (RJL) |
| THE GEORGE WASHINGTON UNIVERSITY, *et al.* | : |
| | : |
| Defendants. | |

**ORDER**

Upon consideration of the Consent Motion for One Week Enlargement of Time within which to Respond to Amended Complaint filed by District Hospital Partners, LP, UHS of DC, Inc., and Richard B. Becker, M.D., and the entire record in this matter, it is this _____ day of _____, 2008, hereby

ORDERED that said motion is GRANTED; and it is

FURTHER ORDERED that these defendants shall have up to and including September 9, 2008, to respond to Plaintiff's Amended Complaint.

It is SO ORDERED, this _____ of _____, 2008.

_____
RICHARD J. LEON
United States District Court Judge