# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DINA SOLIMAN,**<br><br>    **Plaintiff,**<br><br>  *v.*<br><br>**GEORGE WASHINGTON UNIVERSITY,** **et al.**<br><br>    **Defendants.** | Case No. 1:08-CV-01137 RJL |

### MOTION OF DEFENDANTS MEDICAL FACULTY ASSOCIATES, DR. BERRIGAN, DR. DANGERFIELD, DR. SANKAR AND DR. GURITZKY TO DISMISS AMENDED COMPLAINT AND TO COMPEL ARBITRATION

  Defendants Medical Faculty Associates, Inc. ("MFA"), Michael Berrigan, M.D., Paul Dangerfield, M.D., Jason Sankar, M.D. and Ronald Guritzky, M.D. (collectively the "MFA Defendants") hereby move that the Amended Complaint in this action be dismissed with regard to them, pursuant to Fed. R. Civ. P. 12(b)(1) and Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, and that Plaintiff be ordered to arbitrate any claims she may have against the MFA Defendants, pursuant to her agreement. This motion incorporates by reference the Motion to Dismiss the original Complaint and supporting Memorandum, as filed by the MFA Defendants on August 8, 2008.

DC:1540542v1

- 2 -

Respectfully Submitted,

 /s/ Frank C. Morris, Jr.
Frank C. Morris, Jr. (#211482)


 /s/ Kathleen M. Williams
Kathleen M. Williams (#334888)

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156
(202) 861-1880   Telephone
(202) 296-2882   Facsimile
Counsel for Defendants
Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky

September 2, 2008

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the Motion of Defendants Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky to Dismiss the Amended Complaint and to Compel Arbitration was served on the 2nd day of September, 2008 via electronic delivery upon the following:

> Lynn Bernabei, Esq.
> David Wachtel, Esq.
> Emily Read, Esq.
> Bernabei & Wachtel, PLLC
> 1775 T Street
> Washington, D.C. 20009
>
> Henry Morris, Esq.
> Arent Fox, LLP
> 1050 Connecticut Ave. N.W.
> Washington, D.C. 20036-5339
>
> Andrew S. Block, Esq.
> Andrew J. Marcus, Esq.
> 1233 Twentieth Street, N.W.
> Suite 800
> Washington, D.C. 20036

          /s/ Kathleen M. Williams
        Kathleen M. Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DINA SOLIMAN,**

           **Plaintiff,**

  *v.*

**GEORGE WASHINGTON UNIVERSITY, et al.**

           **Defendants.**

Case No. 1:08-CV-01137 RJL

## ORDER

Having considered the Motion of Defendants Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky to Dismiss the Amended Complaint and to Compel Arbitration, the Plaintiff's Opposition thereto and the record in this case, it is hereby

ORDERED, that the Motion to Dismiss the Amended Complaint and to Compel Arbitration be and hereby is GRANTED, and the Amended Complaint with regard to Medical Faculty Associates, Dr. Berrigan, Dr. Dangerfield, Dr. Sankar and Dr. Guritzky is hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED, this ____ day of _____, 2008.

_____
United States District Judge

DC:1540569v1