UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DINA SOLIMAN, M.D.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GEORGE WASHINGTON UNIVERSITY, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 08-1137 (RJL)** |

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September, 2009, hereby

**ORDERED** that the George Washington University's Partial Motion to Dismiss [# 27] is GRANTED, and it is further

**ORDERED** that Counts Two and Three are dismissed, in their entirety, and it is further

**ORDERED** that the Motion to Dismiss filed by District Hospital Partners, L.P., United Health Services of DC, Inc., and Richard B. Becker, M.D., [# 30] is GRANTED in part and DENIED in part.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge